JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Antonio Canales Blass, et al.,<br><br>Petitioners,<br><br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondents. | Case No. 5:26-cv-01819-DMK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed May 13, 2026 (ECF 11) and the Notice of Compliance filed May 15, 2026 (ECF 12), IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED: May 18, 2026



_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE